IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DIEDRE FRAZIER,<br><br>       Plaintiff,<br><br>v.<br><br>D & S COMMERCIAL PAINT, LLC<br>and<br>SENECA DAVIS,<br><br>       Defendants. | CIVIL ACTION NO.<br>4:21-cv-00039-WMR |

## DEFAULT JUDGMENT

The defendants, D & S Commercial Paint, LLC and Seneca Davis, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Honorable William M. Ray, II, United States District Judge, by order of May 12, 2021, having directed that judgment issue in favor of the plaintiff and against the defendants, it is hereby

**ORDERED AND ADJUDGED** that the plaintiff Diedre Frazier, recover from the defendants D & S Commercial Paint, LLC and Seneca Davis, the amount of $884.00, plus post-judgment interest calculated at the federal statutory rate.

*[Signatures on following page.]*

Dated at Atlanta, Georgia this 12th day of May, 2021.

                                    JAMES N. HATTEN
                                    CLERK OF COURT

                    By:   *s/ Charlotte Diggs*
                            Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
   May 12, 2021
James N. Hatten
Clerk of Court

By: *s/ Charlotte Diggs*
Deputy Clerk