**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

DIEDRE FRAZIER,

                Plaintiff,           CIVIL ACTION FILE

vs.                          NO.  4:21-CV-39-WMR

D & S COMMERCIAL PAINT, LLC and
SENECA DAVIS,

                Defendants.

## <u>ATTORNEY FEE JUDGMENT</u>

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of Plaintiff's Motion for Attorney Fees, and the court having granted said motion, it is

**Ordered and adjudged** that Defendants D & S Commercial Paint, LLC and Seneca Davis pay Plaintiff Diedre Frazier $7,942.00 in attorneys' fees.

Dated at Atlanta, Georgia this 7th day of June, 2021.

JAMES N. HATTEN
CLERK OF COURT

By:  <u>s/ Charlotte Diggs</u>
       Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
June 7, 2021
James N. Hatten
Clerk of Court

By:   <u>s/ Charlotte Diggs</u>
      Deputy Clerk